MICHELE POWER
SEAN BROWN
POWER AND BROWN, LLC
PO BOX 1809
BETHEL, ALASKA 99559
Telephone: 907-543-4700
Facsimile: 907-543-3777

Attorneys for Plaintiff


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FELIX WALKER, JR., <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Case No. _____  Civ ( _____ ) <br><br> COMPLAINT FOR DAMAGES |

For his complaint, Plaintiff, by and through counsel Power and Brown, LLC,

alleges as follows:

Parties and Jurisdiction

1.      This action arises under the Federal Tort Claims Act, 28 U.S.C. § 2671 et

seq.  Jurisdiction is based on 28 U.S.C. § 1346(a) (2) and 1346(b).

2.      Plaintiff submitted a timely administrative claim based on the facts alleged

herein to the Department of Health & Human Services. More than six months has passed

since the receipt of that claim, which has been neither admitted nor denied. The claim is

deemed by Plaintiff to be denied, pursuant to 26 U.S.C. § 2675.

3.      At the time of the conduct that forms the basis for the allegations in

Plaintiff's Complaint, the McGrath Health Center and the Alaska Native Medical Center

through the Alaska Native Tribal Health Consortium and the Southcentral Foundation

were carrying out a compact agreement with the Indian Health Service, and are deemed

to be part of the Indian Health Service in the Department of Health and Human Services

of the United States of America pursuant to Public Law 101-512, Title III, section 314.

Common Factual Allegations

4.      On June 3, 2005, Plaintiff presented to the McGrath Health Center

complaining of abdominal pain in his lower right quadrant.

5.      Plaintiff was diagnosed as having dehydration, constipation and abdominal

pain, and the health aide at the McGrath Health Center prescribed rehydration.

6.      On June 14, 2005, Plaintiff returned to the McGrath Health Center and

again complained of abdominal pain in his lower right quadrant.

7.      Plaintiff was diagnosed as having dehydration and prostatitis, and the

health aide at the clinic prescribed the medication of Septra.

8.      Plaintiff was in a remote location other than his residence with no financial

means to obtain medical treatment elsewhere.  Finally, on June 17, 2005, Plaintiff was

able to catch a ride on a plane into Anchorage for further medical treatment.

9.      On June 17, 2005, Plaintiff presented to the Alaska Native Medical Center

where he was finally diagnosed with acute appendicitis.  Surgery was performed and it

was discovered that he had experienced a chronically ruptured appendix with dense

fibrotic adhesions.  Because of the delay in diagnosis, both an appendectomy and a

cecectmony were performed.

10.    The examination, care and control of the treatment of plaintiff was

performed by employees of the McGrath Health Center and the Alaska Native Medical

Center, through the Department of Health and Human Services, an agency of the United

States of America.  At all relevant times herein, said employees were acting within the

scope of their employment.

11.    In the aforesaid examination, and control of the care and treatment of

Plaintiff, the Defendant's employees negligently failed to possess that degree of

knowledge and skill ordinarily possessed and exercised at the time by other health care

providers in the field or specialty in which they were practicing.

## Claims for Relief

12.    As a proximate result of negligence of the employees and agents of the

Defendant, Plaintiff suffered pecuniary damages.

13.    As a proximate result of negligence of the employees and agents of the

Defendant, Plaintiff experienced pain and suffering.

WHEREFORE Plaintiff demands judgment for compensatory damages in excess

of $100,000, the precise amount to be proven at trial, plus allowable costs, interest, and

attorneys' fees.

RESPECTFULLY SUBMITTED this 10th day of April, 2006, at Bethel, Alaska.

POWER AND BROWN, LLC
Attorneys for Plaintiff


s/ Michele Power
P.O. Box 1809
Bethel, Alaska 99559
Phone: (907) 543-4700
Fax: (907) 543-3777
E-mail: admin@powerbrown.com
ABA No. 9510047