MICHELE POWER
SEAN BROWN
POWER AND BROWN, LLC
PO Box 1809
Bethel, Alaska 99559
Telephone: 907-543-4700
Facsimile: 907-543-3777

Attorneys for Felix Walker, Jr.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FELIX WALKER, JR., <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Case No. A06-00080CV (RRB) |

### AFFIDAVIT OF SERVICE

STATE OF ALASKA         )
                        ) ss.
FOURTH JUDICIAL DISTRICT )

In accordance with Federal Rules of Civil Procedure 4(m), plaintiff certifies the following information regarding service of process:

1. This affidavit is made within 120 days following this Court's acceptance of plaintiff's complaint.

2. The defendant, United States of America has been served. Service of Process was effected as follows:

a. By certified mail, return receipt requested on Deborah Smith, Acting U.S. Attorney, District of Alaska on April 17, 2006. Attached as Exhibit 1 is a copy of the return receipt.

b. By certified mail, return receipt requested on Alberto Gonzales, U.S. Attorney General, on April 21, 2006. Attached as Exhibit 2 is a copy of the return receipt.

END OF AFFIDAVIT.

DATED this 24 day of May, 2006, at Bethel, Alaska.

_____
Michele L. Power

SUBSCRIBED AND SWORN TO before me this 24 day of May, 2006, at Bethel, Alaska.

_____
Notary Public in and for Alaska
My Commission Expires: 7/28/09

STATE OF ALASKA
OFFICIAL SEAL
SARAH DRONENBURG
NOTARY PUBLIC
My Commission Expires July 28, 2009.

CERTIFICATE OF SERVICE

This is to certify that on the 25 day of May, 2006 a copy of this document was mailed to the person(s) listed below:

Deborah Smith, Acting U.S. Attorney
222 W. 7th Ave., #9 Room 253
Anchorage, Alaska 99513-7567

Alberto Gonzales
U.S. Attorney General, Main Justice Bldg.
10th & Constitution Ave.
Washington, DC 20530

By: _____
Sarah Dronenburg

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _(signature)_  ☑ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>CHUCK _(illegible)_   4/1/?? |
| 1. Article Addressed to:<br>Deborah Smith<br>Acting U.S. Attorney, District of Alaska<br>222 W. 7th Ave., #9 Room 253<br>Anchorage, Alaska<br>99513-7567 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☑ Yes |
| 2. Article Number<br>(Transfer from service label) | 7005 1160 0003 9642 2884 |
| PS Form 3811, August 2001 | Domestic Return Receipt  102595-02-M-1035 |

**EXHIBIT 1**

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____  ☐ Agent  ☐ Addressee<br>B. Received by *( Printed Name)*   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Alberto Gonzales<br>U.S. Attorney General<br>Main Justice Building<br>10th & Constitution Avenue<br>Washington, DC 20530 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)*  ☑ Yes |
| 2. Article Number *(Transfer from service label)* | |

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1035

**EXHIBIT 2**