DEBORAH M. SMITH
Acting United States Attorney

SUSAN J. LINDQUIST
Assistant U.S. Attorney
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail:  susan.lindquist@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FELIX WALKER, JR.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | Case No. 3:06-cv-00080-RRB<br><br>**STIPULATION  FOR<br>EXTENSION  OF  TIME** |

　　　　An answer or response is currently due June 16, 2006 in this matter.  The parties, via their undersigned counsel, stipulate and agree that the Defendant, United States of America, shall have an extension until June 26, 2006, to answer or otherwise respond to the complaint.

DATE: 6/7/06              DEBORAH M. SMITH
                          Acting United States Attorney

                          */s/ Susan J. Lindquist*
                          SUSAN J. LINDQUIST
                          Assistant U.S. Attorney
                          222 West 7th Ave., #9, Rm. 253
                          Anchorage, AK 99513-7567
                          Phone: (907) 271-5071
                          Fax: (907) 271-2344
                          E-mail: susan.lindquist@usdoj.gov

DATE: 6-7-06              POWER AND BROWN, LLC

                          */s/ Michele L. Power*
                          MICHELE L. POWER
                          SEAN BROWN
                          Attorneys for Plaintiff

Walker v. USA
Case No. 3:06-cv-00080-RRB                    2