IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FELIX WALKER, JR.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | Case No. 3:06-cv-00080-RRB<br><br>**[PROPOSED] ORDER** |

The parties' stipulation allowing the Defendant, United States of America, until June 26, 2006 to answer or otherwise respond to the complaint in this matter is hereby GRANTED.

DATE: _____

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　RALPH R. BEISTLINE
　　　　　　　　　　　　　　　　　　U.S. District Judge