IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FELIX WALKER, JR.,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 3:06-cv-00080-RRB<br><br>[~~PROPOSED~~] ORDER |

The parties' stipulation allowing the Defendant, United States of America, until June 26, 2006 to answer or otherwise respond to the complaint in this matter is hereby GRANTED.

DATE: 6/7/06

RALPH R. BEISTLINE
U.S. District Judge