DEBORAH M. SMITH
Acting United States Attorney

SUSAN J. LINDQUIST
Assistant U.S. Attorney
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail:  susan.lindquist@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FELIX WALKER, JR.,<br><br>       Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>       Defendant. | Case No. 3:06-cv-00080-RRB<br><br>**ANSWER** |

Defendant, United States of America, by and through its attorney, in answer to the Complaint, avers and states as follows in response to the enumerated paragraphs:

1.  Paragraph 1 contains a jurisdictional statement to which no response is required.  To the extent a response may be deemed required, deny.

2. Deny that Title 26 U.S.C. § 2675 dictates a deemed denial of the Plaintiff's administrative claim. Admit the remaining allegations in paragraph 2.

3. Admit the McGrath Health Center and Alaska Native Medical Center, and their employees, were, at the times relevant to this action, deemed to be part of the Public Health Service in the Department of Health and Human Services while carrying out their compact with the United States, if they were acting within the scope of their employment under the compact, in accordance with 25 U.S.C. § 450f(d). Deny all remaining allegations in paragraph 3.

4. Admit.

5. Deny the practitioner at the McGrath Health Center was a "health aide." Admit the remaining allegations in paragraph 5.

6. Admit.

7. Deny the practitioner at the McGrath Health Center was a "health aide." Admit the remaining allegations in paragraph 7.

8. Defendant currently lacks knowledge or information sufficient to form a belief as to the truthfulness of the allegations in paragraph 8; accordingly they are denied.

9. Admit Plaintiff presented to the Alaska Native Medical Center on June 17, 2005. Admit Plaintiff underwent surgery at ANMC early on June 18, 2005, where it was discovered he had a chronically ruptured appendix with dense adhesions. Admit Plaintiff underwent an appendectomy and cecectomy. Deny all remaining allegations in paragraph 9.

10. Admit Plaintiff underwent medical examination and received care at the McGrath Health Center on June 3, 2005 and on June 14, 2005. Admit Plaintiff underwent medical examination and received care at the Alaska Native Medical Center from June 17, 2005 to June 22, 2005. Deny the medical examination and care was provided "through the Department of Health and Human Services." Defendant currently lacks knowledge or information sufficient to form a belief as to the truthfulness of the remaining allegations in paragraph 10; accordingly they are denied.

11. Deny.

12. Deny.

13. Deny.

The remainder of the complaint constitutes Plaintiff's prayer for relief to which no response is required. To the extent an answer may be deemed required,

defendant denies plaintiff is entitled to such relief, or to any relief whatsoever.

## AFFIRMATIVE DEFENSES

1. The Complaint fails to state a claim upon which relief can be granted.

2. Defendant United States, through its employees and agents, acted with due care and diligence at all relevant times.

3. No acts or omissions by the United States were the proximate cause of any injury to the plaintiffs.

4. Plaintiff may only recover to the extent allowed under Alaska and Federal law.

5. Attorney's fees are taken out of the judgment or settlement and are governed by statute, and payment of any judgment is subject to the availability of appropriated funds. Title 28 U.S.C. §§ 2672 and 2678.

6. The defendant reserves the right to plead all other affirmative defenses or any applicable state and federal statutes which through discovery may become applicable.

Wherefore, Defendant generally denies that Plaintiff is entitled to any recovery, and Defendant requests that Plaintiff's Complaint be dismissed, that judgment be entered in favor of Defendant, and that the Court award Defendant

costs and such other relief to which it is entitled.

    Respectfully submitted this 26th day of June, 2006, in Anchorage, Alaska.

s/ Susan J. Lindquist
Assistant U. S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3378
Fax: (907) 271-2344
E-mail: susan.lindquist@usdoj.gov
AK #9008053

**CERTIFICATE OF SERVICE**

I hereby certify that on June 26, 2006,
a copy of the foregoing Answer was served
electronically on Michele Power.

s/ Susan J. Lindquist