NELSON P. COHEN
United States Attorney

SUSAN J. LINDQUIST
Assistant U.S. Attorney
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail:  susan.lindquist@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FELIX WALKER, JR.,<br><br>      Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>      Defendant. | Case No. 3:06-cv-00080-RRB<br><br>**SCHEDULING AND PLANNING CONFERENCE REPORT** |

1.    **Meeting**. In accordance with F.R.Civ.P. 26(f), a meeting was held via e-mail on October 23, 2006 and was attended by:

      Michelle Power         attorney for plaintiff

      Susan Lindquist        attorney for defendant

The parties recommend the following:

2. **Pre-Discovery Disclosures**. The information required by F.R.Civ.P. 26(a)(1):

>  ___ have been exchanged by the parties
>
>  _X_ will be exchanged by the parties by **November 3, 2006.**
>
>  Proposed changes to disclosure requirements: (*Insert proposed changes, if any*)
>
>  Preliminary witness lists
>
>  ___ have been exchanged by the parties
>
>  _X_ will be exchanged by the parties by **November 3, 2006**.

3. **Contested Issues of Fact and Law**. Preliminarily, the parties expect the following issues of fact and/or law to be presented to the court at trial in this matter:

a. Whether PA Fischer failed to diagnose and treat Mr. Walker.

b. Whether Advanced Nurse Practitioner Story failed to diagnose and treat Mr. Walker.

c. Whether Mr. Walker declined a blood test.

d. When did Mr. Walker's appendix rupture?

e. Did any delay aggravate Mr. Walker's condition?

f. Did any delay in treatment cause Mr. Walker permanent physical damage?

g. Is the government liable for any damages Mr. Walker sustained.

g. What are Mr. Walker's damages?

4.     **Discovery Plan**.  The parties jointly propose to the court the following discovery plan.

    A. Discovery will be needed on the following issues:

  See issues above.

    B. All discovery commenced in time to be completed by **August 31, 2007.**

    C.  Limitations on Discovery.

       1.  Interrogatories

          _X_  No change from F.R.Civ.P. 33(a) (25)

          ___  Maximum of ___ by each party to any other party.

          Responses due in _30_ days.

       2.  Requests for Admissions.

          ___  No change from F.R.Civ.P. 36(a).

          _X_  Maximum of _50_ requests.

          Responses due in _30_ days.

       3.  Depositions.

          ___  No change from F.R.Civ.P. 30.

          _X_  Maximum of _10_ depositions by each party.

          Depositions not to exceed  _4_ hours unless agreed to by all parties.

    D.    Reports from retained experts.

        ___ Not later than 90 days before the close of discovery subject to F.R.Civ.P 26(a)(2)(C).

        _X_ Reports due:

        From plaintiff **April 27, 2007.**     From defendant **June 1, 2007**.

    E.    Supplementation of disclosures and discovery responses are to be made:

        _X_ Periodically at 60-day intervals from the entry of scheduling and planning order.

        ___ As new information is acquired, but not later than 60 days before the close of discovery.

    F.    A final witness list, disclosing all lay and expert witnesses whom a party may wish to call at trial, will be due:

        ___ 45 days prior to the close of discovery.

        _X_ Not later than **May 25, 2007**.

5.    **Pretrial Motions**.

    _X_ No change from D.Ak. LR 16.1(c).

    The following changes to D.Ak. LR 16.1(c). [Check and complete all that apply]

    ___ Motions to amend pleadings or add parties to be filed not later than (*insert date*).

      <u>X</u>   Motions under the discovery rules must be filed not later than **August 3, 2007.**

      <u>X</u>   Motions in limine and dispositive motions must be filed not later than **August 3, 2007.**

6. **Other Provisions**:

   A.  <u>X</u>  The parties do not request a conference with the court before the entry of the scheduling order.

      <u>   </u>  The parties request a scheduling conference with the court on the following issue(s):
(*Insert issues on which a conference is requested*)

   B.    Alternative Dispute Resolution.  [D.Ak. LR 16.2]

      <u>   </u>  This matter is not considered a candidate for court-annexed alternative dispute resolution.

      <u>X</u>  The parties will file a request for alternative dispute resolution not later than **August 2007.**

      <u>   </u> Mediation    <u>   </u> Early Neutral Evaluation

   C.    The parties   do  <u>X</u>  not consent to trial before a magistrate judge.

   D.  Compliance with the Disclosure Requirements of F.R.Civ.P. 7.1

      <u>   </u> All parties have complied  <u>X</u>  Compliance not required by any party

7. **Trial**.

    A.    The matter will be ready for trial: **October 2007**.

          \_\_\_ 45 days after the discovery close date.

          \_\_\_ not later than (*insert date*).

    B.    This matter is expected to take   2   days to try.

    C.    Jury Demanded  \_\_\_ Yes  X  No

Right to jury trial disputed?  \_\_\_ Yes  X  No

POWER BROWN, LLC
Attorneys for Plaintiff

s/Michele Power (consent)
P.O. Box 1809
Bethel, Alaska 99559
Phone: (907) 543-4700
Fax: (907) 543-3777
E-mail: admin@powerbrown.com
ABA No. 9510047

NELSON P. COHEN
United States Attorney
Attorneys for Defendant

s/ Susan J. Lindquist
Assistant U. S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3378
Fax: (907) 271-2344
E-mail: susan.lindquist@usdoj.gov
AB No. 9008053