MICHELE POWER
SEAN BROWN
POWER AND BROWN, LLC
P.O. Box 1809
Bethel, Alaska 99559
Telephone: 907-543-4700
Facsimile: 907-543-3777

Attorneys for Felix Walker

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FELIX WALKER, JR. ) | |
| ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 3:06-cv-80 |
| vs. ) | (RRB) |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | STIPULATION TO DISMISS |
| Defendant. ) | CASE WITH PREJUDICE |
| ) | |

The parties, through counsel, stipulate to dismiss this case with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(ii).  The parties are to bear their own costs and fees.

RESPECTFULLY SUBMITTED this 28th day of December, 2007, at Bethel, Alaska.

POWER AND BROWN, LLC
Attorneys for Plaintiff

DATED: December 28th, 2007        /s/ Michele Power
P.O. Box 1809
Bethel, Alaska 99559
Phone: (907)543-4700
Fax: (907)543-3777
E-mail: admin@powerbrown.com
ABA No. 9510047

|  |  |
|---|---|
|  | NELSON P. COHEN<br>United States Attorney |
| DATED: December 28th, 2007 | /s/ Susan Lindquist<br>Assistant U.S. Attorney<br>222 West 7th Ave., #9, Rm. 253<br>Anchorage, Alaska 99513-7567<br>Phone: (907)271-3378<br>Fax: (907)271-2344<br>E-mail: susan.lindquist@usdoj.gov<br>ABA No. 9008053 |

CERTIFICATE OF SERVICE

This is to certify that on the 28th day of December, 2007, a copy of this document was served electronically on:

Susan Lindquist
Susan.Lindquist@usdoj.gov

By: /s/ Sarah Dronenburg

–2–